UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.            :           25-MJ-181-02 (GMH)

GERRIKA MISSOURI     :

**MOTION TO RECONSIDER SCHEDULING REQUEST FOR DETENTION HEARING**

Ms. Gerrika Missouri, through undersigned counsel, respectfully moves this Honorable Court to reconsider Ms. Missouri's scheduling request for the detention hearing requested by the government. The Bail Reform Act provides that a detention hearing "shall be held immediately upon the person's first appearance before the judicial officer unless that person, or the attorney for the Government, seeks a continuance." 18 U.S.C. § 3142(f)(2). A continuance on the government's motion "may not exceed three days (not including any intermediate Saturday, Sunday, or legal holiday)," but a full three days is not required or automatic. Here, continuing the matter for a full three business days—resulting in a five day continuance due to the upcoming weekend and holiday—is prejudicial and unnecessary. Ms. Missouri is 35 years old and has no prior criminal record. She is a single mother responsible for two young daughters. The government will not be able to meet its burden of demonstrating that no condition or combination of conditions can reasonably assure the safety of the community and her appearance in Court. Requiring Ms. Missouri to wait until September 2, 2025 for conditions to be imposed is unnecessary and prejudicial. Undersigned counsel can be available for a detention hearing in this matter on Thursday, August 28, 2025, or Friday, August 29, 2025.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500