**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 25-mj-181 (GMH) |
| | : | |
| v. | : | |
| | : | |
| **GERRIKA MISSOURI,** | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE PRELIMINARY HEARING**
**AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Gerrika Missouri (hereafter, the "defendant"), by and through her counsel, Sellano Simmons, Esq., jointly submit this motion to continue the September 16, 2025 Preliminary Hearing in the above-captioned matter to a time available to the Court on October 20, 21, or 22, 2025.  The parties further request the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.*, between September 16, 2025, and the continued preliminary hearing date.

On August 27, 2025, the defendant was charged by complaint in the above-captioned matter with 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(iv), (b)(1)(B)(vi).  *See* Complaint, ECF No. 5. On August 28, 2025, following a detention hearing before the Honorable Zia Faruqui, the defendant was released to home detention, which the Honorable Chief Judge James Boasberg affirmed.

A preliminary hearing was scheduled for September 16, 2025, at 1:00 p.m.  However, the parties are presently engaged in plea discussions to explore the possibility of a pre-indictment resolution in the instant matter.  The parties anticipate needing at least until October 20, 2025, to conclude these discussions.

Finally, the parties move, pursuant to 18 U.S.C. § 3161(h)(7)(A), to formally exclude time under the Speedy Trial Act between September 16, 2025, the next scheduled date in this matter, and the continued preliminary hearing date. The ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial insofar as the parties are actively engaged in negotiations that could facilitate a pre-indictment resolution in the instant matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: __/s/_____
   Sellano Simmons, Esq.
   Counsel for Gerrika Missouri

By: */s/ Sitara Witanachchi*
   Sitara Witanachchi
   D.C. Bar No. 1023007 (Witanachchi)
   John Parron
   PA Bar No. 324503 (Parron)
   Assistant United States Attorneys
   United States Attorney's Office
   601 D Street NW
   Washington, D.C. 20530
   Witanachchi telephone: (202) 699-1978
   Sitara.witanachchi@usdoj.gov